James Kaste, WSB No. 6-3244
Deputy Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
james.kaste@wyo.gov

*Counsel for Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| THE CROW TRIBE OF INDIANS, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CHUCK REPSIS, et al.,<br><br>　　　　Defendants. | Case No.  92-cv-1002-ABJ<br><br>**ENTRY OF APPEARANCE OF JAMES KASTE** |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance as counsel for Defendants Chuck Repsis and Brian Nesvick, individually, and in their official capacities, in the above-captioned matter.

　　DATED this 5th day of February 2021.

　　　　　　　　　　　　　　　　　　　　/s/ James Kaste
　　　　　　　　　　　　　　　　　　　　James Kaste, WSB No. 6-3244
　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　Wyoming Attorney General's Office
　　　　　　　　　　　　　　　　　　　　2320 Capitol Avenue
　　　　　　　　　　　　　　　　　　　　Cheyenne, WY  82002
　　　　　　　　　　　　　　　　　　　　(307) 777-7895 (phone)
　　　　　　　　　　　　　　　　　　　　(307) 777-3542 (fax)
　　　　　　　　　　　　　　　　　　　　james.kaste@wyo.gov

　　　　　　　　　　　　　　　　　　　　*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ James Kaste
James Kaste