Jenny C. Staeben, WSB No. 6-4482
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
jenny.staeben1@wyo.gov

*Counsel for Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| THE CROW TRIBE OF INDIANS, et al.,<br><br>             Plaintiffs,<br><br>       v.<br><br>CHUCK REPSIS, et al.,<br><br>             Defendants. | Case No.  92-cv-1002-ABJ<br><br>**ENTRY OF APPEARANCE OF JENNY STAEBEN** |

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel for Defendants Chuck Repsis and Brian Nesvick, individually, and in their official capacities, in the above-captioned matter.

DATED this 5th day of February 2021.

/s/ Jenny C. Staeben
Jenny C. Staeben, WSB No. 6-4482
Senior Assistant Attorney General
Wyoming Attorney General's Office
2320 Capitol Avenue
Cheyenne, WY  82002
(307) 777-7895 (phone)
(307) 777-3542 (fax)
jenny.staeben1@wyo.gov

*Counsel for the State of Wyoming*

## CERTIFICATE OF SERVICE

I hereby certify that on the 5th day of February, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Jenny C. Staeben
Jenny C. Staeben