**FILED**
**United States Court of Appeals**
**Tenth Circuit**

# UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

**July 13, 2022**

**Christopher M. Wolpert**
**Clerk of Court**

THE CROW TRIBE OF INDIANS,

    Plaintiff - Appellant,

and

THOMAS L. TEN BEAR,

    Plaintiff,

v.

CHUCK REPSIS, individually, et al.,

    Defendants - Appellees.

No. 21-8050
(D.C. No. 1:92-CV-01002-ABJ)
(D. Wyo.)

## ORDER

Before **HOLMES**, **BRISCOE**, and **MORITZ**, Circuit Judges.

This matter is before the court on Appellant's counsel Daniel D. Lewerenz's

Motion for Withdrawal of Counsel (the "Motion"). Upon consideration, the Motion is

granted. The appellant will continue to be represented by attorney Wesley James Furlong.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk